[No. 34670-2-II.   Division Two.   April 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN RYAN SNODGRASS, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 05-1-00119-2, E. Thompson Reynolds, J., entered March 16, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 35693-7-II.   Division Two.   April 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN E. PINK, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 99-1-00060-1, David E. Foscue, J., entered December 1, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.

[No. 35697-0-II.   Division Two.   April 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT M. SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-01364-1, Paula Casey, J., entered December 19, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.